UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| C-PORT/STONE, L.L.C. | * | CIVIL ACTION NO. |
| Plaintiff, | | |
| | * | U.S. DISTRICT JUDGE |
| VERSUS | | |
| | * | U.S. MAGISTRATE JUDGE |
| M/V GREY CUP, her engines, tackle and gear, *in rem*, and GULF LOGISTICS, L.L.C., *in personam* | * | |
| Defendants | * | |
| *   *   *   *   *   *   * | | |

## VERIFIED COMPLAINT IN ADMIRALTY

Comes now Plaintiff, C-Port/Stone, L.L.C. ("C-Port/Stone"), and files its Verified Complaint against Defendants, the M/V GREY CUP, her engines, tackle and gear, *in rem*, and Gulf Logistics, L.L.C., *in personam* (hereinafter collectively "Defendants") and in a cause of action of execution of a maritime lien, breach of contract and quantum meruit, respectfully represents upon information and belief as follows:

I.

This is an admiralty and maritime claim within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333, Rule C of Supplemental Rules for Admiralty or Maritime Claims, Federal Rule of Civil Procedure 9(h), and the supplemental jurisdiction of this Court pursuant to 28 U.S.C. § 1367.

II.

Venue is proper in this Court under 28 U.S.C. §1391(b)(1) because Gulf Logistics, L.L.C. resides in this District and, upon information and belief, the M/V GREY CUP is afloat upon

navigable waters within this District and the services, work and vessel necessaries at issue were performed and provided in this District.

III.

Plaintiff is a limited liability duly organized and existing under the laws of the State of Louisiana and, among other things, supplies bunker fuels, water, lubricants and other marine products to vessels.

IV.

The M/V GREY CUP, is a 180' Fast Crew Supply Vessel, sailing under the United States Flag, Official No. 1219980, Hull ID No. 1309.

V.

Defendant, Gulf Logistics, L.L.C., is the owner, operator, and/or charterer and/or owner *pro hac vice* of the M/V GREY CUP and a limited liability company duly organized and existing under the laws of the State of Louisiana.

VI.

Between January 10, 2016 and May 3, 2016, C-Port/Stone provided diesel fuel, water, oil and other necessaries to the M/V GREY CUP at the request of its captain(s), and thereafter issued invoices totaling $216,737.84, attached hereto with supporting delivery tickets as Exhibit "A". The invoices issued for these necessaries are past due and outstanding.

VII.

The captains and/or engineers of the M/V GREY CUP instructed C-Port/Stone to invoice Whistler Energy II, LLC ("Whistler"), which C-Port/Stone was told was the charterer and/or owner *pro hac vice* of the subject vessels.

VIII.

C-Port/Stone delivery tickets, attached as Exhibit "A", provide:

> If the amount due herein is not paid when due, purchaser agrees to pay all costs incurred in collection of this amount including all reasonable attorney's fees expended and interest on the amount due at the rate of 15 percent per annum until paid.
>
> The purchaser is presumed to have the authority to encumber the serviced vessel pursuant to 46 U.S.C. 971 through 976 and the General Maritime Law. In all sales, and in addition to any other rights which it may have, C-Port/Stone holds the vessel responsible for satisfaction of the purchase price. Any notice to the contrary, in order to be effective, must be express, in writing, served upon and agreed to by John W. Stone, Jr. a minimum of 24 hours before the fuel, service or product is delivered to the vessel.
>
> In all sales, the vessel is deemed for satisfaction of the purchase price. C-Port/Stone does not waive, but expressly reserves, all rights afforded pursuant to 46 U.S.C. 971 through 976 and the General Maritime Law. Any stamp, letter, telex, document or agreement, whether written or oral, which purports to be such a waiver, shall not be valid.

IX.

C-Port/Stone has made amicable demand upon Defendants to no avail.

X.

This Honorable Court should enter judgment against Defendants Gulf Logistics, L.L.C. and the M/V GREY CUP in the amount of $216,737.84 plus costs and attorneys' fees and interest, at the rate of 15% per annum until paid as provided for in the delivery tickets.

XI.

By reason of Defendant's failure to make payment, C-Port/Stone has a maritime lien against the M/V GREY CUP, her engines, tackle and gear, *in rem*, for the sum of $216,737.84, plus interest at the rate of 15% per annum, costs and attorneys' fees.

XII.

C-Port/Stone provided necessary services, supplies, work, materials and/or equipment to and at the behest of defendant, through Defendant's duly authorized agents/crewmembers, in particular, the necessaries provided to the M/V GREY CUP, but Defendant has failed to pay C-Port/Stone the agreed upon and/or fair and reasonable value of those services. Further, Defendant benefitted from those necessary services, supplies, work, materials and/or equipment and had reasonable notice that C-Port/Stone was providing such and was expecting compensation in return.

XIII.

All and singular, the foregoing premises are true and correct and within the admiralty maritime jurisdiction of this Honorable Court.

XIV.

C-Port/Stone reserves the right to amend its complaint.

**WHEREFORE**, plaintiff, C-Port/Stone, L.L.C., prays:

1. That this Court enter judgment, *in personam*, in favor of plaintiff, C-Port/Stone, L.L.C., and against Defendant, Gulf Logistics, L.L.C. in the amount of $216,737.84, and any additional amounts proved at the trial of this cause, plus attorneys' fees, costs, expenses, and prejudgment interest at the rate of 15% per annum, for its damages as aforesaid, upon any decree in these proceedings;

2. That process *in rem* pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims, may issue against the M/V GREY CUP, her engines, tackle and gear, and that all persons having or claiming any interest therein be cited to appear in and answer, under oath, all and singular the matters aforesaid; and that

the M/V GREY CUP, her engines, tackle and gear be seized, condemned and sold to satisfy the plaintiff's judgment;

3. That any property arrested in this proceeding may be sold under the direction of this Court and the proceeds of the sale be brought into this Court; and

4. That this Court may grant plaintiff such other and further relief as may be just and proper.

                Respectfully submitted,

                *s/Robert R. Johnston*
                GEORGE J. FOWLER, III (#5798)
                ROBERT R. JOHNSTON, T.A. (#22442)
                JACQUES P. DEGRUY (#29144)
                JEFFREY S. HALL, JR. (#358051)
                FOWLER RODRIGUEZ
                400 Poydras Street, 30th Floor
                New Orleans, Louisiana 70130
                Telephone: (504) 523-2600
                Facsimile: (504) 523-2705
                *Attorneys for C-Port/Stone, L.L.C.*